UNITED STATES, Appellee

v

LEROY F. HILLYARD, Private E-1, U. S. Army, Appellant

8 USCMA 495, 24 CMR 305

No. 10,404

Decided December 13, 1957

*Major Edward Fenig* and *First Lieutenant William H. Carpenter* were on the brief for Appellant, Accused.

*Major Thomas J. Nichols* was on the brief for Appellee, United States.

### Opinion of the Court

HOMER FERGUSON, Judge:

The law officer incorrectly instructed the court-martial on the issue of intent on the part of the accused in the offense of desertion, and for that reason the conviction must be reversed. The instructional errors are outlined in the opinions of this Court in United States v Soccio, 8 USCMA 477, 24 CMR 287, and United States v Cothern, 8 USCMA 158, 23 CMR 382. The record of trial is returned to The Judge Advocate General of the Army for reference to a board of review. The board may reduce the offense to absence without leave and reassess the sentence, or it may order a rehearing on the desertion charge.

Chief Judge QUINN concurs.

LATIMER, Judge (dissenting):

I dissent. My reasons for so doing are expressed in my concurring opinion in United States v Soccio, 8 USCMA 477, 24 CMR 287.